AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br><br>EUGENE IDEMUDIA<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>1:10-MJ-107 |

FILED
HARRISBURG
DEC 3 2010
MARY E. D'ANDREA
Per_____
            Deputy Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2006 through July 2010__ in the county of __York and elsewhere__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Mail Fraud, Wire Fraud and Money Laundering |

This criminal complaint is based on these facts:
I, Nicholas Alicea, having been duly sworn, do state the following.

1. I am employed as a United States Postal Inspector, assigned to the Harrisburg Domicile as a Fraud Team Leader.
(continued on attached 19 page affidavit)

☑ Continued on the attached sheet.

*[signature]*
*Complainant's signature*

Nicholas Alicea, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12-3-2010__

*[signature]*
*Judge's signature*

City and state: __Harrisburg, Pennsylvania__        Martin C. Carlson, U.S. Magistrate Judge
*Printed name and title*