# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:11-CR-1** |
| : | |
| **v.** : | **(Chief Judge Conner)** |
| : | |
| **EUGENE IDEMUDIA (1),** : | |
| : | |
| **Defendant** : | |

## ORDER FOR A WRIT
## OF CONTINUING GARNISHMENT

AND NOW, 22nd day of August, 2019, upon application of the United States of America for a writ of continuing garnishment, the court hereby finds that the application meets the requirements of 28 U.S.C. § 3205 and grants the United States' application.

**IT IS SO ORDERED.**

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania